**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7411**

RAYMOND EDWARD CHESTNUT,

        Plaintiff - Appellant,

    v.

TONI MCCOY, correctional officer, individual capacity,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken.  R. Bryan Harwell, District Judge. (1:13-cv-01814-RBH)

Submitted:  July 1, 2015          Decided:  July 30, 2015

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond Edward Chestnut, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chestnut v. McCoy, No. 1:13-cv-01814-RBH (D.S.C. Aug. 20, 2014). Chestnut's motions for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* The district court adopted the magistrate judge's report and recommendation as modified to reflect that the action is deemed a strike pursuant to 28 U.S.C. § 1915(g) (2012) due to its frivolousness.

2